FILED

08/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0061

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0061

_____

DANIEL P. McCAUL,

     Plaintiff and Appellant,

    v.

SOUTHWEST MONTANA FEDERAL
CREDIT UNION,

     Defendant and Appellee.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Daniel P. McCaul, to all counsel of record, and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 4 2021